

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00225-CV

**ULLJA KUNTZE,**

**Appellant**

**v.**

**SANDRA COWAN AND WILLIAM E. FASON,**

**Appellees**

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 28,904

# ORDER

"Appellant's Request to Reconsider Jan 03, 2018 Order," relating to the Court's

Order and Notice to File Record issued on January 3, 2018 in this proceeding, is denied.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion Denied
Order issued and filed February 14, 2018

